## UNITED STATES of America, Plaintiff—Appellee,

v.

## Timothy Gerome MCCULLERS, a/k/a Tim, Defendant—Appellant.

### No. 10–7305.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 20, 2011.

Timothy Gerome McCullers, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gerome McCullers appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McCullers*, No. 5:94–cr–00097–F–6 (E.D.N.C. Sept. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*